**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| SEQUOIA PACIFIC SOLAR I, LLC, and EIGER LEASE CO LLC,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>THE UNITED STATES,<br><br>    *Defendant*. | No. 13-139-C<br>(Senior Judge Bruggink) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Rules of the Court of Federal Claims, the parties hereby stipulate to the dismissal with prejudice of this action, including plaintiffs' claims and defendant's counterclaim, with each party to bear its own costs, attorney fees, and expenses.

                                                                                             Respectfully submitted,

| | |
|---|---|
| /s/ Steven J. Rosenbaum | |
| Steven J. Rosenbaum | CHAD A. READLER |
| *Counsel of Record* | Acting Assistant Attorney General |
| Nishchay H. Maskay | |
| Sarah E. Tremont | |
| COVINGTON & BURLING LLP | ROBERT E. KIRSCHMAN, JR. |
| One CityCenter | Director |
| 850 Tenth Street, N.W. | |
| Washington, D.C. 20001 | /s/ Steven J. Gillingham |
| Tel. (202) 662-5568 | STEVEN J. GILLINGHAM |
| Fax (202) 778-5568 | Assistant Director |
| | |
| *Counsel for Plaintiffs* | |

/s/ Zachary J. Sullivan
ZACHARY J. SULLIVAN
Trial Attorney
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
Washington, D.C. 20530
Tel. (202) 616-0320
Fax (202) 514-8624


OF COUNSEL:

NATHANAEL YALE
MEEN-GEU OH
KARA WESTERCAMP
Trial Attorneys
U.S. Department of Justice

*Counsel for Defendant*

Dated: October 2, 2017